IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00689-MR

| | |
|---|---|
| TREY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| FNU GOSNELL, FNU GROSCH, ) | |
| FNU GOMEZ, FNU BYERLY, ) | |
| FNU THOMPSON, FNU MOREHOUSE, ) | |
| FNU MAXWELL, ALLEN CLONINGER ) | |
| ) | |
| Defendants. ) | |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 30.

A judicial settlement conference is set for **Thursday, October 14, 2021** beginning at 1:00 p.m.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Alexander Correctional Institution, Plaintiff's present place of incarceration. Alexander Correctional Institution shall ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference. To the extent possible,

Plaintiff shall be allowed to participate in the settlement conference in a private setting and with access to his case materials.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than September 30, 2021 or be subject to summary denial.

The Clerk is respectfully directed to certify a copy of this Order to Mr. Eddie R. Clark at Alexander Correctional Institution.

It is so ordered.

Signed: August 30, 2021

W. Carleton Metcalf
United States Magistrate Judge