IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00689-MR

| | |
|---|---|
| TREY DAVIS, | ) |
|       Plaintiff, | ) |
| v. | )    ORDER |
| FNU GOSNELL, FNU GROSCH, FNU GOMEZ, FNU BYERLY, FNU THOMPSON, FNU MOREHOUSE, FNU MAXWELL, ALLEN CLONINGER | ) |
|       Defendants. | ) |

This matter is before the Court on Defendants' Motion to Modify Order of Judicial Settlement Conference (the "Motion to Modify," Doc. 33).

For the reasons stated in the Motion to Modify, the request will be allowed.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Modify Order of Judicial Settlement Conference (Doc. 33) is **GRANTED** as follows:

(1) The judicial settlement conference is **RESET** for **Tuesday, September 21, 2021** beginning at 1:00 p.m.

(2) All other provisions of the August 30, 2021 Order regarding the judicial settlement conference remain in effect.

(3) The Clerk is respectfully directed to certify a copy of this Order to Mr. Eddie R. Clark at Alexander Correctional Institution.

Signed: September 7, 2021

W. Carleton Metcalf
United States Magistrate Judge